# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JOHNNY M. CRIDER & DIANA L. CRIDER  Case Number: 05-71657
2309 NEVADA CIRCLE
ROCKFORD, IL  61108
SSN-xxx-xx-2201 & xxx-xx-3988

Case filed on: 4/7/2005
Plan Confirmed on: 12/6/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $18,000.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| 999 | JOHNNY M. CRIDER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMERICAN GENERAL FINANCE | 1,463.46 | 1,000.00 | 1,000.00 | 0.00 |
| 002 | HOMEQ SERVICING | 9,657.42 | 9,236.00 | 9,236.00 | 0.00 |
| 003 | INTERNAL REVENUE SERVICE | 3,500.00 | 3,500.00 | 3,500.00 | 0.00 |
| 004 | WINNEBAGO COUNTY CLERK | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | HOMEQ SERVICING | 150.00 | 150.00 | 150.00 | 0.00 |
|  | Total Secured | 14,770.88 | 13,886.00 | 13,886.00 | 0.00 |
| 003 | INTERNAL REVENUE SERVICE | 30,463.77 | 30,463.77 | 41.68 | 0.00 |
| 005 | BECKET & LEE, LLP | 3,498.65 | 3,498.65 | 4.78 | 0.00 |
| 006 | ECAST SETTLEMENT CORPORATION | 8,449.60 | 8,449.60 | 11.55 | 0.00 |
| 007 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CREDITORS PROTECTION SERVICE, INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | GREAT BIBLE ADVENTURES | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ECAST SETTLEMENT CORPORATION | 720.14 | 720.14 | 0.98 | 0.00 |
| 012 | MUTUAL MANAGEMENT SERVICES | 389.34 | 389.34 | 0.53 | 0.00 |
| 013 | NICOR GAS | 690.13 | 690.13 | 0.94 | 0.00 |
| 014 | ECAST SETTLEMENT CORPORATION | 2,610.93 | 2,610.93 | 3.57 | 0.00 |
| 015 | PAUL & JUDITH BEALL | 17,623.12 | 17,623.12 | 24.09 | 0.00 |
| 016 | READER'S DIGEST | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | ROCKFORD SURGICAL SERVICES SC | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | MUTUAL MANAGEMENT SERVICES | 310.00 | 310.00 | 0.42 | 0.00 |
| 020 | TOP SECRET ADVENTURES | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | WELLS FARGO FINANCIAL | 1,061.57 | 1,061.57 | 1.45 | 0.00 |
| 023 | ECAST SETTLEMENT CORPORATION | 2,239.64 | 2,239.64 | 3.06 | 0.00 |
| 024 | RESURGENT CAPITAL SERVICES | 829.57 | 829.57 | 1.13 | 0.00 |
|  | Total Unsecured | 68,886.46 | 68,886.46 | 94.18 | 0.00 |
|  | Grand Total: | 86,521.34 | 85,636.46 | 16,844.18 | 0.00 |

Total Paid Claimant:    $16,844.18
Trustee Allowance:      $1,155.82
Percent Paid Unsecured:      0.14

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on  11/24/2008        By  /s/Heather M. Fagan